BURCHFIELD, EXRX., APPELLANT, *v.* MID-AMERICAN FIRE & CASUALTY CO., APPELLEE.

[Cite as Burchfield *v.* Mid-American Fire & Cas. Co. (1988), 38 Ohio St. 3d 126.]

(No. 87-462—Submitted July 5, 1988—Decided August 3, 1988.)

*Gretick, Bish, Lowe & Roth* and *Craig L. Roth,* for appellant.

*Gallagher, Milliken & Stelzer* and *John C. Milliken,* for appellee.

The judgment of the court of appeals is reversed as to Propositions of Law Nos. I and II on authority of *Wood* v. *Shepard* (1988), 38 Ohio St. 3d 86, 526 N.E. 2d 1089, and the cause is remanded to the trial court for proceedings not inconsistent with *Wood.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.